1    NOT FOR PUBLICATION

2

3

4

5

6    **IN THE UNITED STATES DISTRICT COURT**

7    **FOR THE DISTRICT OF ARIZONA**

8

9    Paramjit Singh,                                No. CV-16-00755-PHX-SRB (MHB)

10                        Petitioner,               **ORDER**

11   v.

12   Secretary of Department of Homeland
     Security,
13
                         Respondent.
14

15           Petitioner, Paramjit Singh, filed his Amended Petition for Writ of Habeas Corpus

16   Under 28 U.S.C. § 2241 on May 5, 2016. On July 20, 2016 Respondent filed its Response

17   to Petitioner's Amended Petition for Writ of Habeas Corpus. Petitioner filed a Reply on

18   August 12, 2016.   On September 2, 2016 Respondent filed a Notice to the Court and

19   Suggestion of Mootness advising the Court that Petitioner had "received the bond hearing

20   that he sought in the petition."

21           The Magistrate Judge filed her Report and Recommendation on September 26,

22   2016 recommending that Petitioner's Amended Petition for Writ of Habeas Corpus be

23   dismissed as moot and without prejudice.

24           In her Report and Recommendation, the Magistrate Judge advised the parties that

25   they had fourteen days from the date of service of a copy of the Report and

26   Recommendation within which to file specific written objections with the Court. The

27   time to file such objections has expired and no objections to the Report and

28   Recommendation have been filed. The Court finds itself in agreement with the Report

1  and Recommendation of the Magistrate Judge.

2  **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate

3  Judge as the order of this Court (Doc. 16).

4  **IT IS FURTHER ORDERED** dismissing without prejudice the Amended

5  Petition for Writ of Habeas Corpus as moot.

6  **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

7

8  Dated this 18th day of October, 2016.

9

10

11

12  _____
Susan R. Bolton
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28